# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| KARRIEM SHAHEED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. REYES, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03751-VC (RMI)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Karriem Shaheed, CDCR No. H65017, presently in custody at Correctional Training Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: August 13, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

TO: Warden, Correctional Training Facility

GREETINGS

WE COMMAND that you have and produce the body of Karriem Shaheed, CDCR No. H65017, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D at 450 Golden Gate Avenue in San Francisco at 9:30 a.m. on October 3, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Shaheed v. Reyes, et al.,* and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the

above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 13, 2019

SUSAN Y. SOONG, CLERK,
UNITED STATES DISTRICT COURT
By: Joshua S. Brown
Administrative Law Clerk

Dated: August 13, 2019



_____
ROBERT M. ILLMAN
United States Magistrate Judge